| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
|   | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884) |
| 2 | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998) |
|   | OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor |
|   | San Jose, California  95110-1770 |
| 4 | Telephone:  (408) 299-5900 |
|   | Facsimile:  (408) 292-7240 |

Attorneys for Defendants
County of Santa Clara and its Office of the
Sheriff, Department of Correction, and Santa
Clara Valley Health and Hospital System;
Laurie Smith; Edward Flores; Toby Wong;
Kim Roberts' Robert Sillen; Maryann Barry;
Denise Becker; Christine Ferry; Beverly
Purdy; Amarjit Grewal; Nancy Mager; and
Herbie De La Cruz

**GRANTED**
*Judge James Ware*
9/28/2007

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER KRENN, on behalf of herself and on behalf of her deceased son, LUIS ANDREW MARTINEZ, | No.   C07-2295 JW |
| Plaintiffs, | **STIPULATION AND (PROPOSED) ORDER ENLARGING RESPONSE TIME, AND MODIFYING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| COUNTY OF SANTA CLARA et al., | [FED. CIVIL L.R. 6-1(B), 6-2, AND/OR 7-12] |
| Defendants. | |

The parties, through their respective counsel of record, hereby stipulate and agree to a later date for Defendants to respond to Plaintiffs' first amended complaint, and a modified Case Management Conference/ADR Scheduling Order, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Complaint Filed | April 27, 2007 | N/A |
| First Amended Complaint Filed | June 13, 2007 | N/A |

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and (Proposed) Order Enlarging
Response Time, and Modifying Order Setting
Initial Case Management Conference ADR Deadlines     1     C07-2295 PVT

| | Event | Current Date | Proposed Date |
|---|---|---|---|
| | Stipulation Extending Time For Defendants To File Responsive Pleading Filed | August 3, 2007 | N/A |
| | Waivers / Proofs of Service Filed | August 27, 2007 | N/A |
| | Defendants' Declination To Proceed Before U.S. Magistrate Judge Filed | September 5, 2007 | N/A |
| | Clerk's Notice of Impending Reassignment Issued | September 6, 2007 | N/A |
| | Reassignment Order Issued | September 6, 2007 | N/A |
| | Response to Complaint Due | September 19, 2007 | October 19, 2007 |
| | Last Date to Meet and Confer Regarding Initial Disclosures, Early Settlement, ADR Process, and Discovery | September 24, 2007 | October 18, 2007 |
| | Last Date to File Rule 26(f) Report, Initial Disclosures, and Joint Case Management Conference Statement | October 1, 2007 | October 26, 2007 |
| | Initial Case Management Conference | October 15, 2007 | November 19, 2007 at 10:00 a.m. |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

IT IS SO STIPULATED.

                                                ANN MILLER RAVEL
                                                County Counsel

Dated: September 21, 2007          By:             /S/
                                                      GREGORY J. SEBASTINELLI
                                                      Deputy County Counsel

                                                      Attorneys for Defendants

/ /

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and (Proposed) Order Enlarging
Response Time, and Modifying Order Setting
Initial Case Management Conference ADR Deadlines    2                        C07-2295 PVT

| | |
|---|---|
| 1 | THE LAW OFFICES OF GERI LYNN GREEN, LC |
| 2 | |
| 3  Dated: September 21, 2007 | By:        /S/ |
| 4 | GERI LYNN GREEN |
| 5 | Attorney for Plaintiffs |

7  PURSUANT TO STIPULATION, IT IS SO ORDERED

9  Dated:    September 28, 2007

GRANTED
Judge James Ware

Honorable Ja[mes Ware]
United State[s] [Di]strict Court J[u]dge

28  95927.wpd

Stipulation and (Proposed) Order Enlarging
Response Time, and Modifying Order Setting
Initial Case Management Conference ADR Deadlines    3            C07-2295 PVT

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California