1  Geri Lynn Green, (State Bar No. 127709)
2  LAW OFFICES OF GERI LYNN GREEN, LC
   700 Montgomery Street
3  San Francisco, CA  94111
4  Telephone:  (415) 982-2600
   Facsimile:  (415) 358-4562
5  Email:  gerigreen@earthlink.com
6
7  Attorneys for Plaintiffs
   ESTHER KRENN and ESTATE OF
8  LUIS ANDREW MARTINEZ By and
   Through his Administratrix, ESTHER KRENN.

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
10/26/2007

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ESTHER KRENN and ESTATE OF LUIS ANDREW MARTINEZ, By and Through his Administratrix, ESTHER KRENN<br><br>                    Plaintiffs,<br>vs.<br><br>COUNTY OF SANTA CLARA; et. al.,<br><br>                    Defendants.<br>_____ | NO. CV 07-02295 JW PVT<br><br>**STIPULATION AND (PROPOSED) ORDER TO ALLOW FILING OF THE PROPOSED SECOND AMENDED COMPLAINT AND ENLARGING RESPONSE TIME**<br><br>**[FED. CIVIL L.R. 6-1(B), 6-2, AND/OR 7-12]** |

The parties, through their respective counsel of record, hereby stipulate and agree to the filing of Plaintiffs' Proposed Second Amended Complaint (attached hereto) as of today's date October 22, 2007, and to enlarge Defendants' time for filing their responsive pleading to November

1  11, 2007. Presently the date for Defendants to file their responsive pleading to the First Amended

2  Complaint is October 19, 2007 pursuant to previous stipulation of the parties which enlarged

3  Defendants' time for filing their responsive pleadings. The parties now stipulate and agree to

4  relieve Defendants of the filing a responsive pleading to the First Amended Complaint and instead

5  allow for the filing of a Second Amended Complaint and to provide Defendants with 20 days in

6  which to respond.

7  The other administrative dates will remain fixed as ordered by the court, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Complaint Filed | April 27, 2007 | N/A |
| First Amended Complaint Filed | June 13, 2007 | N/A |
| Pursuant to Stipulation Response Date | October 19, 2007 | (Nov. 13, 2007 if Second Amended Complaint is ordered filed Oct. 18, 2007)) |
| By Stipulation Second Amended Complaint to be Filed October 18, 2007 Pursuant to Proposed Nunc Pro Tunc Order of the Court | | October 22, 2007 |
| Stipulation Extending Time For Defendants To File Responsive Pleading Filed | | November 13, 2007 |
| Waivers / Proofs of Service Filed for FAC | August 27, 2007 | N/A |
| Defendants' Declination To Proceed Before U.S. Magistrate Judge Filed | September 5, 2007 | N/A |
| Clerk's Notice of Impending Reassignment Issued | September 6, 2007 | N/A |
| Reassignment Order Issued | September 6, 2007 | N/A |
| Response to Complaint Due | October 19, 2007 | Nov. 13, 2007 |
| Last Date to Meet and Confer Regarding Initial Disclosures, Early | October 18, 2007 | N/A |

Krenn v. County of Santa Clara - CV 07-02295 JW PVT
Stip re [Proposed] Second Amended Complaint                2

| | | |
|---|---|---|
| Settlement, ADR Process, and Discovery | | |
| Last Date to File Rule 26(f) Report, Initial Disclosures, and Joint Case Management Conference Statement | October 26, 2007 | N/A |
| Initial Case Management Conference | November 19, 2007 at 10:00 a.m. | N/A |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

IT IS SO STIPULATED.

Dated: October 18, 2007                THE LAW OFFICES OF GERI LYNN GREEN <sub>LC</sub>


By:           /S/
     ────────────────────────
     GERI LYNN GREEN
     Attorney for Plaintiffs


DATED: October 22, 2007                ANN MILLER RAVEL
                                       County Counsel


By:           /S/
     ────────────────────────
     GREGORY J. SEBASTINELLI
     Deputy County Counsel
     Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED: as modified by the Court.

Dated: October 26, 2007                 ────────────────────────
                                        Honorable James Ware
                                        United State District Court Judge

[IT IS SO ORDERED AS MODIFIED — Judge James Ware, United States District Court, Northern District of California — seal]

\\Greenlawserv\Geri Green\Geri's Documents\CLIENTS\krenn\krenn stip for sac FINAL 10-22.wpd

Krenn v. County of Santa Clara - CV 07-02295 JW PVT
Stip re [Proposed] Second Amended Complaint                                          3