**United States District Court**
For the Northern District of California

*E-FILED*
June 11, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER KRENN,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>          Defendants.<br>_____/ | No.  C 07-02295 JW (PVT)<br><br>**ORDER RESCHEDULING<br>SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

   IT IS HEREBY ORDERED that the settlement conference previously scheduled for **June 24, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **September 19, 2008 at 9:30 a.m**.

   Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.  Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference.  All other provisions of this Court's Order, dated April 22, 2008, shall remain in effect.

1  The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2  prior to the date set for settlement conference.

4  Dated:   June 11, 2008

                                            _____
                                            RICHARD SEEBORG
                                            United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

ESTATE OF ANDREW MARTINEZ    gerigreen@earthlink.net

Geri Lynn Green    gerigreen@earthlink.net, brigidatGG@gmail.com, greenlaw700@gmail.com

David Michael Rollo    david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Gregory Joseph Sebastinelli    gregory.sebastinelli@cco.co.scl.ca.us

Dated: June 11, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ *BAK*