

1  Geri Lynn Green, (State Bar No. 127709)
   LAW OFFICES OF GERI LYNN GREEN,LC
2  700 Montgomery Street
   San Francisco, CA  94111
3  Telephone:  (415) 982-2600
   Facsimile:  (415) 358-4562
4  Email:  gerigreen@earthlink.net

5

6  Attorneys for Plaintiffs
   ESTHER KRENN and
7  ESTATE OF LUIS ANDREW MARTINEZ
   By and Through his Administatrix, ESTHER
   KRENN
8

IT IS SO ORDERED AS MODIFIED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ESTHER KRENN and ESTATE OF LUIS ANDREW MARTINEZ By and Through his Administatrix, ESTHER KRENN,<br><br>        Plaintiffs,<br>vs.<br><br>COUNTY OF SANTA CLARA; SANTA CLARA COUNTY SHERIFF'S DEPARTMENT (SCCSD); SANTA CLARA DEPARTMENT OF CORRECTION (DOC); SANTA CLARA VALLEY HEALTH AND HOSPITAL SYSTEM (SCVHHS); LAURIE SMITH; EDWARD FLORES; TOBY WONG; KIM ROBERTS; ROBERT SILLEN; MARYANN BARRY; DENISE BECKER; CHRISTINE FERRY; BEVERLY PURDY; AMARJIT GREWAL; N. MAGER; CLASSIFICATION OFFICER DELA CRUZ, in their official capacities and individually; and; DOES I-XX in their official and individual capacities,<br><br>        Defendants.<br>_____ | Case No.  CV 07-02295 JW PVT<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO ALLOW PLAINTIFFS TO FILE A THIRD AMENDED CIVIL RIGHTS COMPLAINT ;<br><br>**AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Federal Rules of Civil Procedure Rule 15(a), the parties, through their

respective counsel of record, hereby stipulate and agree to the filing of Plaintiffs' Proposed Third Amended Complaint (attached hereto) as of today's date: May 29, 2008.

IT IS SO STIPULATED:

Dated: May 29, 2008            LAW OFFICES OF GERI LYNN GREEN, LC

                                        By:   /s/
                                                 Geri Lynn Green, State Bar No. 127709
                                                 Attorneys for Plaintiff

Dated: June 9, 2008            SANTA CLARA OFFICE OF THE COUNTY COUNSEL

                                        By:   /s/
                                                Gregory Joseph Sebastinelli
                                                 David Michael Rollo
                                                 Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

    The Plaintiffs shall file their Third Amended Complaint as a separate docket entry on or before **June 20, 2008.**

    In light of the parties' representations in the Joint Case Management Statement, the Court CONTINUES the Further Case Management Conference currently set for June 23, 2008 to **October 6, 2008 at 10 a.m.**  On or before **September 26, 2008**, the parties shall file a Joint Case Management Statement, updating the Court on the status of their settlement efforts currently scheduled for a conference with Judge Seeborg on September 19, 2008.

    The Court declines to make any further modification to the Scheduling Order issued on December 20, 2007.  (See Docket Item No. 32.)  The parties may renew their request for an extension of the case schedule at the October 6, 2008 conference.

Dated: June 17, 2008            _____
                                  JAMES WARE
                                  United States District Judge