UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTHER KRENN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No.: C 07-2295 PVT<br><br>**INTERIM ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |

The parties have filed a stipulated form of protective order that includes two ambiguous paragraphs.[1]  Based on the proposed form of order,

IT IS HEREBY ORDERED that, no later than August 15, 2008, the parties shall file a revised form of protective order that either omits, or else expressly includes, Sections 7.3(b) and 7.4. In the form submitted, it is not clear whether or not the parties have agreed to include either or both of those to optional sections.

IT IS FURTHER ORDERED that, pending entry of the final form of order, the provisions of the parties' proposed form of order, other than Sections 7.3(b) and 7.4., shall govern the handling of confidential information in this action.

Dated: *7/29/008*

                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge

---

[1]     The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*