*E-FILED*
August 25, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTHER KRENN,

        Plaintiff,

v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.
_____/

No.  C 07-02295 JW (PVT)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that the settlement conference previously scheduled for **September 19, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **November 13, 2008 at 9:30 a.m**.

    Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.  Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference.  All other provisions of this Court's Order, dated April 22, 2008, shall remain in effect.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated:   August 25, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

2

3 ESTATE OF ANDREW MARTINEZ     gerigreen@earthlink.net

4 David Sheuerman     dsheuerman@smtlaw.com

5 David Michael Rollo     david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

6 Geri Lynn Green     gerigreen@earthlink.net, brigidatGG@gmail.com, greenlaw700@gmail.com

7 Gregory Joseph Sebastinelli     gregory.sebastinelli@cco.co.scl.ca.us

8

9 Dated: August 25, 2008

10

11                               CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

12
                                  By:     /s/ *BAK*
13