**United States District Court**
For the Northern District of California

1

2

3                                                                **\*E-FILED\***
                                                                 **October 30, 2008**
4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   ESTHER KRENN,                              No.  C 07-02295 JW (PVT)

12              Plaintiff,

13   v.                                         **ORDER EXCUSING ATTENDANCE**
                                                **AT SETTLEMENT CONFERENCE**
14   COUNTY OF SANTA CLARA,
     et al.,
15
                Defendants.
16   _____/

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18          By written requested dated October 23, 2008, the County of Santa Clara, through its counsel,

19   David Sheuerman, requested that the twelve individual defendants be excused from personally

20   appearing at the settlement conference scheduled for November 13, 2008.  No opposition was filed

21   by any party.

22          Upon consideration of the request, the Court finds good cause for excusing personal

23   attendance.  Therefore, it is hereby ORDERED that the twelve individual defendants be available by

24   telephone from 9:30 a.m. Pacific Standard Time until further notice on November 13, 2008.

25   ///

26   ///

27   ///

28   ///

1        If the court concludes that the absence of the individual defendants is interfering with the

2    settlement conference, the Court may continue the settlement conference and may order personal

3    attendance by each party.

4        IT IS SO ORDERED.

5

6    Dated:  October 30, 2008

7                              RICHARD SEEBORG
                          United States Magistrate Judge

**United States District Court**
For the Northern District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

2

3 ESTATE OF ANDREW MARTINEZ    gerigreen@earthlink.net

4 David Sheuerman    dsheuerman@smtlaw.com

5 David Michael Rollo    david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

6 Geri Lynn Green    gerigreen@earthlink.net, brigidatGG@gmail.com, greenlaw700@gmail.com

7 Gregory Joseph Sebastinelli    gregory.sebastinelli@cco.co.scl.ca.us

8

9 Dated: October 30, 2008

10

11                    CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

12

13                    By:    /s/ *BAK*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3