UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTHER KRENN, et al., <br>     Plaintiffs, <br> v. <br> COUNTY OF SANTA CLARA, et al., <br>     Defendants. | Case No.: C 07-2295 PVT <br><br> **ORDER DENYING DEFENDANTS' IMPLIED REQUEST FOR AN ORDER** |

On October 20, 2008, Defense counsel mailed to the court a document entitled "Proposed Joinder in Stipulated Protective Order." Based on said document and the file herein,

IT IS HEREBY ORDERED that Defendants' implied request[1] for an order is DENIED as moot. The Stipulated Protective Order expressly applies to outside counsel for the parties. Thus, associate counsel for Defendants–who are outside counsel of record in this case–are already subject to the provisions of the Stipulated Protective Order.

Dated: *11/3/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] Lodging a proposed order with chambers is not a proper way to present to the court a request for an order. *See* Civil L.R. 7-1(a).

ORDER, *page 1*