**\*E-FILED 11/13/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER KRENN, et al., | No. C 07-02295 JW  (PVT) |
| Plaintiffs, | |
| v. | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **February 27, 2009 at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation for the conference, the procedures set forth below are to be followed:

1. **Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

2. The parties shall lodge with the Court updated confidential settlement conference statements no later than **February 13, 2009**.

///

///

    3.    The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: 11/13/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

ESTATE OF ANDREW MARTINEZ    gerigreen@earthlink.net

David Sheuerman    dsheuerman@smtlaw.com, dphillips@smtlaw.com, jbertrand@smtlaw.com

David Michael Rollo    david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Geri Lynn Green    gerigreen@earthlink.net, brigidatGG@gmail.com, greenlaw700@gmail.com

Gregory Joseph Sebastinelli    gregory.sebastinelli@cco.co.scl.ca.us

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 11/13/08

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ *BAK*

3