1  Geri Lynn Green (C.S.B. No. 127709)
   LAW OFFICES OF GERI LYNN GREEN, LC
2  700 Montgomery Street
   San Francisco, CA 94111
3  Telephone: (415) 982-2600
   Facsimile: (415) 358-4562
4
   Attorneys for Plaintiffs
5  ESTHER KRENN and LUIS ANDREW
   MARTINEZ Through his Personal
6  Representative Esther Krenn

7  DAVID SHEUERMAN SB#78132
   DEBORAH L. PHILLIPS SB#164689
8  SHEUERMAN, MARTINI & TABARI
   A Professional Corporation
9  1033 Willow Street
   San Jose, CA 95125
10 Telephone: (408) 288-9700
   Facsimile: (408) 295-9900
11
   -and-
12
   ANN MILLER RAVEL, County Counsel (SB#62139)
13 GREGORY J. SEBASTINELLI, Deputy County Counsel (SB#104884)
   DAVID M. ROLLO, Deputy County Counsel (SB#111998)
14 OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
15 San Jose, California 95110-1770
   Telephone: (408) 299-5900
16 Facsimile: (408) 292-7240

17 Attorneys for Defendants, COUNTY OF SANTA CLARA
   AND ITS OFFICE OF THE SHERIFF, DEPARTMENT OF
18 CORRECTION, AND SANTA CLARA VALLEY HEALTH
   AND HOSPITAL SYSTEM; LAURIE SMITH; EDWARD
19 FLORES; TOBY WONG; KIM ROBERTS; ROBERT SILLEN;
   MARYANN BARRY; DENISE BECKER; CHRISTINE FERRY;
20 BEVERLY PURDY; AMARJIT GREWAL; NANCY MAGER;
   and HERBIE DE LA CRUZ

21

22               IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
                    NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
23                                  SAN JOSE DIVISION

24

25 ESTHER KRENN and ESTATE OF ANDREW      )   No. CV 07-02295 JW PVT
   MARTINEZ By and Through his Administratrix, )
   ESTHER KRENN,                          )   ~~(PROPOSED)~~ **ORDER RE**
26                                        )   **PLAINTIFF'S MOTION TO**
                          Plaintiffs,     )   **COMPEL PRODUCTION OF**
27 v.                                     )   **DOCUMENTS**
                                          )
   COUNTY OF SANTA CLARA; et al.          )
28                        Defendants.     )

---

1
(PROPOSED) ORDER RE PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS   CV 07-02295 JW PVT

The plaintiffs, through their respective counsel of record, set forth that the following matters were agreed to by the parties and/or ordered by the Court at the hearing held on December 2, 2008:

1. Defendants are ordered and agreed to produce all redacted documents in an unredacted form unless the redacted portion falls into some specific privilege such as the attorney-client, attorney work product, or doctor-patient privilege.

2. If the redacted item Defendants believe falls under such a privilege, Defendants will set forth the item so classified and the nature of the privilege in a privilege log, at which point the parties will meet and confer as to items sought to be withheld.

3. The Court specifically ordered that Defendants produce unredacted documents relating to any and all classification files concerning Mr. Martinez, including all information and methodologies used in arriving at any classification level from those classification files. Any items that defendants are concerned about, defendants may choose to produce under the stipulated protective order designation of "Highly Confidential".

4. The Court further ordered and defendants agreed that logs of housing units where Mr. Martinez was housed between January 1, 2006 and May 17, 2006 which contain likely percipient witnesses to Mr. Martinez's interactions on that unit as well as any logs of personnel likely to be percipient witnesses to Mr. Martinez's care on those units as well as logs of DOC or inmates who were present or likely to be present at the time of Mr. Martinez's assaults on correctional officers at the Main Jail in 2002 and 2004 will be produced.

5. The Court ordered production of a Bates Stamped hard copy of the ACHS Standards Manual which was in effect May 17, 2006, the date of Andrew Martinez's death.

6. This entire production is to be served on plaintiffs by December 29, 2008.

Dated: December 28, 2008.                LAW OFFICES OF GERI LYNN GREEN, LC

                                         By /s/ _____
                                              Geri Lynn Green (State Bar No. 127709)
                                              Attorneys for Plaintiffs

Dated: ~~December~~ Jan. 5, 2009.        SHEUERMAN, MARTIN I& TABARI

                                         By /s/ _____
                                              DAVID SHEUERMAN
                                              Attorneys for County Defendants

(PROPOSED) ORDER RE PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS    CV 07-02295 JW PVT

C-07-02295 JW

1 **IT IS SO ORDERED.**

2

3 **Dated:** 1/29/09

   _____
   Honorable Patricia V. Trumbull
4  United States ~~District Court Judge~~
                    Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER RE PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS    CV 07-02295 JW PVT