**\*E-FILED\***
**February 20, 2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER KRENN, | No. C 07-02295 JW (PVT) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By written requested dated February 13, 2009, the County of Santa Clara, through its counsel, David Sheuerman, requested that the individual defendants be excused from personally appearing at the settlement conference scheduled for February 27, 2009. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the individual defendants be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on February 27, 2009.

///
///
///
///

If the court concludes that the absence of the individual defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

IT IS SO ORDERED.

Dated:  February 20, 2009

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

ESTATE OF ANDREW MARTINEZ     gerigreen@earthlink.net

David Sheuerman     dsheuerman@smtlaw.com, dphillips@smtlaw.com, jbertrand@smtlaw.com

David Michael Rollo     david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Geri Lynn Green     gerigreen@earthlink.net, brigidatGG@gmail.com, greenlaw700@gmail.com

Gregory Joseph Sebastinelli     gregory.sebastinelli@cco.co.scl.ca.us

Dated: February 20, 2009

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*