Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN<sub>LC</sub>
A Law Corporation
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Email: gerigreen@earthlink.net

Attorneys for Plaintiffs
ESTHER KRENN and ESTATE
OF LUIS ANDREW MARTINEZ
By and Through his Administratrix,
ESTHER KRENN

*IT IS SO ORDERED AS MODIFIED*
*James Ware*
Judge James Ware
3/31/2009

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ESTHER KRENN and ESTATE OF LUIS ANDREW MARTINEZ By and Through his Administatrix, ESTHER KRENN<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>Defendants. | Case No. CV 07-02295 JW PVT<br><br>STIPULATION AND (PROPOSED) ORDER TO EXTEND CURRENT CASE SCHEDULE BY 30 DAYS |

    The parties are continuing to engage is settlement discussions which appear at this point to have tentatively resolved the case, pending approval by defendant claims committee and execution of release.. Accordingly, the parties, through their respective counsel of record, hereby stipulate and agree that the current case schedule as set forth in the Third Order Modifying Scheduling Order, Document 84, filed 1/21/09, be extended by 30 days.

    The proposed schedule changes reflecting these changes are as follows:

STIPULATION AND (PROPOSED) ORDER TO
EXTEND CURRENT CASE SCHEDULE BY 30 DAYS

## CASE SCHEDULE

| Event | Old Date | New Date AS MODIFIED |
|---|---|---|
| Close of all Discovery | 06/08/09 | 07/08/09 |
| Last Date for Hearing Dispositive Motions | 08/10/09 at 9:00 a.m | 9/14/2009 at 9:00 AM |
| Preliminary Pretrial Conference | 05/11/09 at 11:00 a.m. | 6/8/2009 at 11:00 AM |
| Preliminary Pretrial Conference Statement | 05/11/09 | 5/29/2009 |

IT IS SO STIPULATED.

Dated: March 25, 2009        LAW OFFICES OF GERI LYNN GREEN, LC

By: /s/
Geri Lynn Green (State Bar No. 127709)
Attorneys for Plaintiffs

Dated: March 25, 2009        SHEUERMAN, MARTINI & TABARI

By: /s/
David Sheuerman
Attorneys for County Defendants

Dated: March 25, 2009        SANTA CLARA COUNTY
OFFICE OF THE COUNTY COUNSEL

By: /s/
Gregory Joseph Sebastinelli
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED** AS MODIFIED above.

**Dated:** March 31, 2009        _/s/ James Ware_
Honorable James Ware
United States District Court Judge