1  DAVID SHEUERMAN SB#78132
   DEBORAH L. PHILLIPS SB#164689
2  SHEUERMAN, MARTINI & TABARI
   A Professional Corporation
3  1033 Willow Street
   San Jose, CA 95125
4  Telephone: (408) 288-9700
   Facsimile: (408) 295-9900
5  Email: dsheuerman@smtlaw.com

6  -and-

7  ANN MILLER RAVEL, County Counsel (SB#62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (SB#104884)
8  DAVID M. ROLLO, Deputy County Counsel (SB#111998)
   OFFICE OF THE COUNTY COUNSEL
9  70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770
10 Telephone: (408) 299-5900
   Facsimile: (408) 292-7240

11
   Attorneys for Defendants, COUNTY OF SANTA CLARA
12 AND ITS OFFICE OF THE SHERIFF, DEPARTMENT OF
   CORRECTION, AND SANTA CLARA VALLEY HEALTH
13 AND HOSPITAL SYSTEM; LAURIE SMITH; EDWARD
   FLORES; TOBY WONG; KIM ROBERTS; ROBERT SILLEN;
14 MARYANN BARRY; DENISE BECKER; CHRISTINE FERRY;
   BEVERLY PURDY; AMARJIT GREWAL; NANCY MAGER;
15 and HERBIE DE LA CRUZ

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTHER KRENN and ESTATE OF ANDREW MARTINEZ By and Through his Administratrix, ESTHER KRENN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA; et al.<br><br>Defendant. | No. CV 07-02295 JW PVT<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE COMPLAINT OF PLAINTIFF ESTHER KRENN, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ANDREW MARTINEZ, IN FAVOR OF DEFENDANT COUNTY OF SANTA CLARA** |

1

1  The parties, by and through their respective counsel of record, hereby stipulate pursuant to
2  FRCP 41(A) (1) and agree to an order dismissing with prejudice the Complaint For Violation of
3  Civil Rights and Wrongful Death filed by Plaintiff Esther Krenn, in her individual capacity, and as
4  personal representative of the Estate of Andrew Martinez, as against Defendants COUNTY OF
5  SANTA CLARA in connection with the above-referenced matter. The parties further stipulate and
6  agree said dismissal is in consideration of a compromise settlement entered into on or about March
7  18, 2009 between the parties by and through their counsel of record. The parties further stipulate and
8  agree to an order whereby all such parties waive any claim for statutory costs and/or attorneys' fees
9  against one another.

Dated: April 22, 2009.

SHEUERMAN, MARTINI & TABARI

By _____
DAVID SHEUERMAN
Attorneys for County Defendants

Dated: April 22, 2009.

LAW OFFICES OF GERI LYNN GREEN

By _____
GERI LYNN GREEN
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: May 1, 2009

_____
Honorable James Ware
United States District Court Judge