DAVID SHEUERMAN SB#78132
DEBORAH L. PHILLIPS SB#164689
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, CA 95125
Telephone: (408) 288-9700
Facsimile: (408) 295-9900
Email: dsheuerman@smtlaw.com

-and-

ANN MILLER RAVEL, County Counsel (SB#62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (SB#104884)
DAVID M. ROLLO, Deputy County Counsel (SB#111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants, COUNTY OF SANTA CLARA
AND ITS OFFICE OF THE SHERIFF, DEPARTMENT OF
CORRECTION, AND SANTA CLARA VALLEY HEALTH
AND HOSPITAL SYSTEM; LAURIE SMITH; EDWARD
FLORES; TOBY WONG; KIM ROBERTS; ROBERT SILLEN;
MARYANN BARRY; DENISE BECKER; CHRISTINE FERRY;
BEVERLY PURDY; AMARJIT GREWAL; NANCY MAGER;
and HERBIE DE LA CRUZ

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTHER KRENN and ESTATE OF ANDREW MARTINEZ By and Through his Administratrix, ESTHER KRENN,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA; et al.<br><br>　　　　　　　　　　　Defendant. | No. CV 07-02295 JW PVT<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE COMPLAINT OF PLAINTIFF ESTHER KRENN, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ANDREW MARTINEZ, IN FAVOR OF DEFENDANTS OFFICE OF THE SHERIFF, DEPARTMENT OF CORRECTION, AND SANTA** |

1

STIPULATION AND ORDER DISMISSING WITH PREJUDICE
THE COMPLAINT OF PLAINTIFF ESTHER KRENN etc.  CV 07-02295

|   |   |
|---|---|
| 1 | ) CLARA VALLEY HEALTH |
| 2 | ) AND HOSPITAL SYSTEM; |
|   | ) LAURIE SMITH; EDWARD |
| 3 | ) FLORES; TOBY WONG; KIM |
|   | ) ROBERTS; ROBERT SILLEN; |
| 4 | ) MARYANN BARRY; DENISE |
|   | ) BECKER; CHRISTINE FERRY; |
| 5 | ) BEVERLY PURDY; AMARJIT |
|   | ) GREWAL; NANCY MAGER; |
| 6 | ) and HERBIE DE LA CRUZ |

The parties, by and through their respective counsel of record, hereby stipulate pursuant to FRCP 41 (A) (1) and agree to an order dismissing with prejudice the Complaint For Violation of Civil Rights and Wrongful Death filed by Plaintiff Esther Krenn, in her individual capacity, and as personal representative for Andrew Martinez, as against Defendants COUNTY OF SANTA CLARA OFFICE OF THE SHERIFF, DEPARTMENT OF CORRECTION, AND SANTA CLARA VALLEY HEALTH AND HOSPITAL SYSTEM; LAURIE SMITH; EDWARD FLORES; TOBY WONG; KIM ROBERTS; ROBERT SILLEN; MARYANN BARRY; DENISE BECKER; CHRISTINE FERRY; BEVERLY PURDY; AMARJIT GREWAL; NANCY MAGER; and HERBIE DE LA CRUZ in connection with the above-referenced matter. The parties further stipulate and agree said dismissal is in consideration of a mutual release of and waiver of statutory costs and attorneys' fees by plaintiff and said defendants. The parties further stipulate and agree to an order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

Dated: April 22, 2009.

SHEUERMAN, MARTINI & TABARI

By _____
DAVID SHEUERMAN
Attorneys for County Defendants

Dated: April 22, 2009.

LAW OFFICES OF GERI LYNN GREEN

By _____
GERI LYNN GREEN
Attorneys for Plaintiff

2

STIPULATION AND ORDER DISMISSING WITH PREJUDICE
THE COMPLAINT OF PLAINTIFF ESTHER KRENN etc.  CV 07-02295

1 | **IT IS SO ORDERED.**     The Clerk shall terminate the defendants as listed above.

Dated: May 1, 2009

_____
Honorable James Ware
United States District Court Judge

3

STIPULATION AND ORDER DISMISSING WITH PREJUDICE
THE COMPLAINT OF PLAINTIFF ESTHER KRENN etc.  CV 07-02295