


IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTHER KRENN and ESTATE OF ANDREW MARTINEZ By and Through his Administratrix, ESTHER KRENN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA; et al.<br><br>Defendant. | No.  CV 07-02295 JW PVT<br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

    This case is presently scheduled for a Preliminary Pretrial Conference on May 11, 2009. On April 23, 2009, the parties filed two Stipulations dismissing the case as to all Defendants except Defendant Luis Martinez.  The Court has approved both Stipulations.  In light of these developments, the Court continues the Preliminary Pretrial Conference to **May 18, 2009 at 11 a.m.** to provide the parties sufficient time to report back to the Court on whether this entire case should be closed.  On or before **May 11, 2009**, the parties shall file a Joint Statement in that regard.  The May 18, 2009 hearing will be vacated if the remaining Defendant has also been dismissed.

Dated:  May 7, 2009

_____
JAMES WARE
United States District Judge